IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JULEE JOANN DETHLEFS,          )
                               )
          Plaintiff,           )          7:14CV5005
                               )
     v.                        )
                               )
CAROLYN W. COLVIN, Acting      )          ORDER
Commissioner of the Social     )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion for extension of brief date (Filing No. 18).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for extension of brief date is granted.  Plaintiff shall have until January 30, 2015, to file her brief.

DATED this 12th day of December, 2014.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court