IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JULEE JOANN DETHLEFS,         )
                              )
            Plaintiff,        )         7:14CV5005
                              )
      v.                      )
                              )
CAROLYN W. COLVIN, Acting     )         ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for extension of time (Filing No. 22).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion for extension of brief date is granted.  Defendant shall have until April 1, 2015, to file its brief.

DATED this 2nd day of March, 2015.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court